[No. 32847-0-II.   Division Two.   March 21, 2006.]

LISA ASKIN, *Individually and as Personal Representative, Appellant,* v. VANDER STOEP, REMUND, KELLY & BLINKS LAW FIRM, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 03-2-01316-0, Christine A. Pomeroy, J., entered February 8, 2005. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 23001-5-III.   Division Three.   March 21, 2006.]

*In the Matter of the Adoption of* B.D.W. III.

B.D.W., JR., *Appellant,* v. B.D.W., SR., *Respondent.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 03-5-00010-0, Philip W. Borst, J., entered May 27, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.

[No. 23023-6-III.   Division Three.   March 21, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ARO T.J. WILLIAMS-WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01867-9, Jerome J. Leveque, J., entered May 14, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Kato, C.J., concurred in by Schultheis J., and Thompson, J. Pro Tem.

[No. 23466-5-III.   Division Three.   March 21, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. GERRY R. ELERDING, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02648-5, Kathleen M. O'Connor, J., entered September 28, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.